UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                              :
TROY STEINBERGIN,                             :

                      Plaintiff,             :
                              :      19-CV-1314 (JMF)
       -v-                            :
                              :          ORDER
CITY OF NEW YORK et al.,                :

                    Defendants.          :
                              :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As stated on the record during yesterday's conference, the deadline for fact discovery is extended by two weeks. Thus, fact discovery will close on **March 12, 2020**. No further extensions are likely to be granted.

      Defendants shall file any motion for summary judgment no later than **April 13, 2020**. If Plaintiff files a cross-motion for summary judgment, any brief in support of such a motion and in opposition to Defendants' motion shall be filed as a single, consolidated brief no later than **May 4, 2020**. Defendants' opposition to Plaintiff's cross-motion and reply brief in support of its motion shall be filed as a single, consolidated brief no later than **May 25, 2020**. Plaintiff's reply in support of its cross-motion shall be due **June 1, 2020**. The page limits for the four briefs shall be 25, 25, 25, and 10 pages, respectively. If, however, Plaintiff does not file a cross-motion for summary judgment, Defendants shall file their reply in support of their motion, not to exceed 10 pages, no later than **May 11, 2020**.

      Because the pending discovery motions were resolved during yesterday's conference, the Clerk of Court is directed to terminate ECF Nos. 35, 36, and 37. For a record of the Court's ruling, the parties should consult the transcript.

      SO ORDERED.

Dated: February 28, 2020                         _____
      New York, New York                         JESSE M. FURMAN
                                                United States District Judge