## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

TROY STEINBERGIN,

                Plaintiff,                          19 **CIVIL** 1314 (JMF)

       -against-                                **JUDGMENT**

CITY OF NEW YORK et al.,

                Defendants.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 4, 2021, Defendants' motion for summary judgment is GRANTED. It follows that Steinbergin's cross-motion for summary judgment must be and is DENIED. Judgment is entered for Defendants on all claims (in the case of the state-law claims, without prejudice to Steinbergin's refiling them in state court); accordingly, the case is closed.

**Dated:** New York, New York
           February 4, 2021

                                                                **RUBY J. KRAJICK**

                                                                  **Clerk of Court**

                                  **BY:**   *K. Mango*

                                                                  **Deputy Clerk**